**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roseanne Coppola, Guardian for Marlene Nagel, on behalf of Marlene Nagel, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | No. CV-10-1187-PHX-SMM <br><br><br><br> **ORDER** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 92.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims, with all parties to bear their respective costs and attorney's fees.

DATED this 27th day of February, 2012.

Stephen M. McNamee
United States District Judge