WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roseanne Coppola, Guardian for Marlene Nagel, on behalf of Marlene Nagel, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | No. CV-10-1187-PHX-SMM<br><br><br><br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 92.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims, with all parties to bear their respective costs and attorney's fees.

DATED this 27th day of February, 2012.

Stephen M. McNamee
United States District Judge